### (May 21, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BEISHER, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed March 8, 1974. Sentence affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Gulotta, P. J., Martuscello, Christ, Brennan and Shapiro, JJ., concur.